# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.    CASE NO. 6:24-cr-67-JA-LHP

DAVID LEWIS ANDREW BRYAN

_____

### ORDER

Before the Court is the Government's motion in limine to preclude Defendant's evidence or argument regarding ignorance or mistake of law (Doc. 61), the defendant's motion in limine to limit impeachment evidence (Doc. 67), and the defendant's motion in limine to exclude the Government's Federal Rule of Evidence 404(b) evidence (Doc. 68). Also, the Government objected to the defendant's request for judicial notice. (Doc. 60). And the defendant requested a special instruction as to the offense. (Doc. 58 at 30–31; Doc. 62). As stated by the Court on November 14th and 15th, it is **ORDERED** as follows:

1. Government's motion in limine to preclude Defendant's argument or evidence argument regarding ignorance or mistake of law (Doc. 61) is **DENIED**.

2. Defendant's motion in limine to limit impeachment evidence (Doc. 67) is **DENIED as moot** based on the parties' stipulation.

3. Defendant's motion in limine to exclude the Government's Federal Rule of Evidence 404(b) evidence (Doc. 68) is **DENIED**.

4. Government's objection to the defendant's request for judicial notice (Doc. 52, Doc. 60) is well-taken, and thus the defendant's request for judicial notice is **DENIED**.

5. Defendant's request for a special instruction (Doc. 58 at 30–31; Doc. 62) is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida, on November 25, 2024.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record